UNITED STATES of America,
Plaintiff–Appellee,

v.

Jenny Kay SHADID, Defendant–
Appellant.

No. 10–10888
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 27, 2010.

Todd B. Grandy, A. Brian Albritton, David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, Daniel W. Eckhart, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

James W. Smith, III, Assistant Federal Defender, Orlando, FL, Donna Lee Elm, Federal Public Defender's Office, Tampa, FL, for Defendant–Appellant.

Jenny Kay Shadid, Fort Worth, TX, pro se.

Before BLACK, CARNES and ANDERSON, Circuit Judges.

PER CURIAM:

James W. Smith III, appointed counsel for Jenny Kay Shadid in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's

motion to withdraw is **GRANTED**, and Shadid's convictions and sentences are **AFFIRMED**.